NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Troy.Flake@usdoj.gov

*Attorneys for the United States*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| American Family Mutual Insurance Company,<br><br>    Plaintiff,<br><br>    v.<br><br>United States of America,<br><br>    Defendants. | Case No: 2:19-cv-01289-RFB-BNW<br><br>**Joint Motion for Further Extension of Deadline to Provide Dismissal Documents** |

The parties reached settlement in this matter in 2019. As part of the settlement agreement, American Family provided information for the Government to process payment through the Judgment Fund, which is operated by the Department of Treasury, Bureau of Fiscal Service ("Treasury"). Then, as noted in the Government's prior motion, ECF No. 10, the Government received notification from Treasury that the settlement proceeds had been disbursed, but it was informed by American Family that it had not received the proceeds. The Government was subsequently informed by Treasury that the settlement proceeds had been offset to satisfy a separate federal debt owed by American Family. Other than contact information whereby American Family could inquire regarding the offset, the Government was not provided any additional information regarding the nature of the underlying debt that resulted in offset. The parties have sought several extensions of time to address this issue. The Court ordered the parties to provide dismissal paperwork by Dec. 8, 2020. ECF No. 21. Despite the cooperation of the parties, American

Family has not yet been unable to determine the reason for the offset.

    The parties respectfully request that the Court grant an additional 60 days to February 8, 2021 for them to investigate the offset issue and file a status report or dismissal documents.

    Respectfully submitted this 15th day of December 2020.

                                  NICHOLAS A. TRUTANICH
                                  United States Attorney

                                  /s/ Troy K. Flake
                                  TROY K. FLAKE
                                  Assistant United States Attorney

                                  LAW OFFICE OF LISA A. TAYLOR

                                  /s/ Lisa A. Taylor, Esq.
                                  LISA A. TAYLOR, ESQ.
                                  Attorney for Plaintiff

                    ORDER

**IT IS SO ORDERED**

**DATED:** 11:11 am, December 18, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2