NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Troy.Flake@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| American Family Mutual Insurance Company, | Case No: 2:19-cv-01289-RFB-BNW |
| Plaintiff, | **Stipulation of Dismissal** |
| v. | |
| United States of America, | |
| Defendants. | |

Pursuant to the Court's Minute Order, ECF No. 23, and Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss this action with prejudice, and with each party to bear their own costs and fees, including attorney's fees.

Respectfully submitted this 29th day of January 2021.

| | |
|---|---|
| NICHOLAS A. TRUTANICH<br>United States Attorney | Law Office of Lisa A. Taylor |
| _s/ Troy K. Flake_<br>TROY K. FLAKE<br>Assistant United States Attorney | _/s/ Lisa A. Taylor, Esq._<br>LISA A. TAYLOR, ESQ.<br>Attorney for Plaintiff |

**IT IS SO ORDERED:**

_____
Richard F. Boulware
United States District Judge
Dated: _February 1, 2021._

1